### FLAMM v CONEY ISLAND CO

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 25, 1934

Leo J. Brumleve, Jr., Cincinnati, and Benjamin P. Pink, Cincinnati, for plaintiff in error.

Harmon, Colston, Goldsmith & Hoadley, Cincinnati, and Ragland, Dixon & Murphy, Cincinnati, for defendant in error.

For full opinion see 49 Oh Ap 122.